UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:26-cv-01646-AH-(DMK) | Date | April 28, 2026 |
|---|---|---|---|
| Title | *Defaz Lozada v. Warden, Desert View Facility et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of Respondents Warden, Desert View Facility, U.S. Immigration and Customs Enforcement, and the Secretary of the Department of Homeland Security's ("Respondents") response to the Court's Order to Show Cause why a preliminary injunction should not issue.  Dkt. No. 14.  Respondents indicate that Petitioner Oscar Eduardo Defaz Lozada ("Petitioner") was released from immigration detention, and therefore argue the preliminary injunction should be denied and that Petitioner's petition for writ of habeas corpus ("Petition") should be dismissed as moot.  Petitioner did not file an optional reply by the Court's deadline.  *See* Dkt. No. 13.

The Court **VACATES** the preliminary injunction hearing set for April 30, 2026.  The Court orders Petitioner to show cause, in writing, why the Petition should not be dismissed without prejudice as moot within **ten (10) days** of the date of this Order.  Failure to timely respond will result in dismissal of the Petition without further notice.

**IT IS SO ORDERED.**